IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LIGHT WEIGHT, LLC D/B/A ELEV8 GYM** | § § § § | |
| | § | CIVIL ACTION NO. _____ |
| v. | § § | JURY DEMANDED |
| **UNITED STATES LIABILITY INSURANCE COMPANY** | § § § § | |

**DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY'S
NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendant United States Liability Insurance Company ("USLI" or "Defendant") hereby removes to this Court the State Court Action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), USLI sets forth the following "short and plain statement of the grounds for removal."

## INTRODUCTION

1. The removed case is a civil action first filed in the 171th Judicial District Court of El Paso County, Texas on December 15, 2025, under Cause Number 2025DCV5614 and styled *Light Weight, LLC d/b/a Elev8 Gym v. United States Liability Insurance Company* ("State Court Action"). The pending State Court Action involves a property claim dispute between Plaintiff Light Weight, LLC d/b/a Elev8 Gym ("Plaintiff") and its insurance carrier Defendant USLI.

2. USLI files this Notice of Removal within the period required by 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders filed in the State Court Action as of the date of this pleading are attached to this Notice and incorporated herein for all purposes.

4. Attached hereto are copies of the following documents:

**Exhibit 1:**   Index of State Court Filings

    **Exhibit A:**   Citation Served on United States Liability Insurance Company, issued December 17, 2025;

    **Exhibit B:**   Plaintiff's Original Petition, filed on December 15, 2025

    **Exhibit C:**   Service of Process on USLI through its registered agent on or about December 19, 2025.

    **Exhibit D:**   Return of Service on USLI through its registered agent on December 19, 2025, and filed on December 24, 2025 (Please note that the Return of Service is not available online and has been requested from the Court. The Court's docket showing the Return of Service was filed has been included as Exhibit D. This Exhibit will be supplemented once the Return of Service has been received.)

    **Exhibit E:**   Defendant United States Liability Insurance Company's Original Answer to Plaintiff's Original Petition, filed on January 9, 2026;

    **Exhibit F:**   The State Court's Docket Sheet;

    **Exhibit G**:   List of Parties and Counsel

**Exhibit 2:**   Civil Cover Sheet (and supplement attached thereto)

**Exhibit 3:**   Certificate of Interested Persons

5. Defendant will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the clerk of the 171st Judicial District Court of El Paso County, Texas where the State Court Action is currently pending.

## **GROUNDS FOR REMOVAL**

### I. **This Matter May Be Removed Based on Complete Diversity of Citizenship.**

6. The requirements of removal under 28 U.S.C. §§ 1441 and 1446 are met. The State Court Action may be removed based upon diversity of citizenship, and the dispute meets the

required amount in controversy. As a result, this Court has original jurisdiction over the dispute. Further, this Notice of Removal is timely filed, and no consent is required.

### A. There is Complete Diversity of Citizenship Between Plaintiff Light Weight, LLC and Defendant USLI.

7. This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is removable to this Court because all properly joined and served parties are of diverse citizenship in accordance with 28 U.S.C. §§ 1441 and 1446.

8. As alleged in Plaintiff's Original Petition, Plaintiff is a Texas Limited Liability Company doing business as Elev8 Gym. Its principal place of business is located at 12135 Esther Lama Drive, Ste 1100, El Paso, Texas 79936. *See* Ex. B at ¶ 2 & Ex. 3 at ¶ 2(a). Accordingly, for diversity purposes, Plaintiff is a citizen of Texas.

9. USLI is a foreign corporation. USLI is organized and existing under the laws of the State of Pennsylvania with a principal place of business located at 190 S. Warner Road, Wayne, Pennsylvania 19087. *See* Ex. B at ¶ 3 & Ex. 3 at ¶ 2(c). "A corporation is…a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Therefore, USLI is a citizen of Pennsylvania.

10. There is complete diversity of citizenship between Plaintiff Light Weight, LLC and Defendant USLI pursuant to 28 U.S.C. § 1332(a)(1).

### B. The Amount in Controversy Requirement is Satisfied.

11. Plaintiff alleges in its Original Petition that he seeks monetary damages between $250,000 and $1,000,000. Ex. B at ¶ 4.

### C. No Consent Is Required.

12. There are no other defendants in the State Court Action. As a result, no other party must consent to the removal.

### D. This Notice of Removal Has Been Timely Filed.

13. Under 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant through service or otherwise, of a copy of the initial pleading . . ."

14. In the State Court Action, Plaintiff served Defendant USLI through Defendant's registered agent on or about December 19, 2025. *See* Ex. C & D. The Notice of Removal must be filed on or before January 18, 2025.

## II. Venue is Proper.

15. The United States District Court for the Western District of Texas is the proper venue for removal of the State Court Action pursuant to 28 U.S.C. § 1441(a) because the 171st Judicial District Court of El Paso County, Texas is located within the jurisdiction of the United States District Court for the Western District of Texas.

## JURY DEMAND

16. USLI hereby requests a trial by jury on all claims and causes of action. If not previously paid, USLI will pay the applicable fee following removal.

## CONCLUSION

17. Based on the aforementioned facts, the State Court Action may be removed to this Court by USLI in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) the United States District Court for the Western District of Texas embraces the county in which the State Court Action now pends; (ii) this action is between citizens of different states; and (iii) the amount

in controversy exceeds $75,000, exclusive of interest and costs as specifically alleged in Plaintiff's live pleading. USLI's Notice of Removal was timely filed under 28 U.S.C. § 1446(b)(1).

18. Defendant United States Liability Insurance Company requests that this Court take jurisdiction of this action to its conclusion, to the exclusion of any further proceedings in the state court in accordance with the above law.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: __/s/ R. Douglas Rees_____
**R. DOUGLAS REES**
*Attorney in Charge*
State Bar No.: 16700600
doug.rees@cooperscully.com

**TARA L. SOHLMAN**
State Bar No. 24044506
tara.sohlman@cooperscully.com

Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

**ATTORNEYS FOR DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of January, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure as follows:

**Katherine C. Hairfield**
Texas Bar No. 24117833
Email:  khairfield@hodgefirm.com
**Shaun W. Hodge**
Texas Bar No. 24052995
shodge@hodgefirm.com
THE HODGE LAW FIRM, PLLC
The Historic 1861 United States Courthouse
1917 Postoffice Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile:  (409) 763-2300

                                                  */s/ R. Douglas Rees*
                                                  **R. DOUGLAS REES**