**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LIGHT WEIGHT, LLC D/B/A ELV8 GYM** | § | |
| | § | |
| | § | **CIVIL ACTION NO. _____** |
| v. | § | |
| | § | **JURY DEMANDED** |
| **UNITED STATES LIABILITY** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| | § | |

## INDEX OF STATE COURT FILINGS

| Notice of Removal Exhibit No. | Filing | Date |
|---|---|---|
| Exhibit 1 | Index of State Court Filings | N/A |
| Exhibit A | Citation Served on United States Liability Insurance Company, issued 12/17/2025 | 12/17/2025 |
| Exhibit B | Plaintiffs' Original Petition | 12/15/2025 |
| Exhibit C | Service of Process on USLI through its registered agent | 12/19/2025 |
| Exhibit D | Return of Service on USLI filed (Please note that the Return of Service is not available online and has been requested from the Court. The Court's docket showing the Return of Service was filed has been included as Exhibit D. This Exhibit will be supplemented once the Return of Service has been received.) | 12/24/2025 |
| Exhibit E | Original Answer of United States Liability Insurance Company | 1/09/2026 |
| Exhibit F | The State Court's Docket Sheet | |
| Exhibit G | List of Parties & Cousel | |

| Exhibit 2 | Civil Cover Sheet (and supplement attached thereto) | |
| Exhibit 3 | Certificate of Interested Persons | |